No. 339. SOUTHERN RAILWAY CO. *v.* FRANKFORT DISTILLERY, INC., ET AL. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Mr. Edward P. Humphrey* for petitioner. *Mr. Thomas C. Mapother* for respondents.

No. 340. HUDSON RIVER NAVIGATION CO. *v.* THE CEDARHURST. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace L. Cheyney* for petitioner. *Mr. E. Curtis Rouse* for respondent.

No. 341. THE TROJAN ET AL. *v.* THE FREEPORT CORPORATION. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace L. Cheyney* for petitioners. *Mr. E. Curtis Rouse* for respondent.

No. 343. LEVI STRAUSS REALTY CO. *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John C. Altman* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, A. H. Conner, W. Marvin Smith,* and *Clarence M. Charest* for the United States.

No. 344. STATES STEAMSHIP CO. *v.* BERGLANN. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Erskine Wood* for petitioner. No appearance for respondent.